UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| BILLIE GILLENWATER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:05CV2011 RWS |
| | ) | |
| BURLINGTON NORTHERN and | ) | |
| SANTA FE RAILWAY CO., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before me on Defendants' Motion for Leave to File in Excess of 25

Interrogatories, Including Subparts [#11]. Any discovery motion is premature because I have not

yet held a Rule 16 Conference. See Fed. R. Civ. P. 16; Fed. R. Civ. P. 26. As a result, the

motion will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion for Leave to File in Excess

of 25 Interrogatories, Including Subparts [#11] is **DENIED** without prejudice.


Dated this 16th day of November, 2005.


_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE