# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| BILLIE GILLENWATER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:05CV2011 RWS |
| | ) | |
| BURLINGTON NORTHERN and | ) | |
| SANTA FE RAILWAY CO., et al., | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| T.B.C., by and through next friend, | ) | |
| Becky Dozier, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:05CV2049 RWS |
| | ) | |
| BURLINGTON NORTHERN and | ) | |
| SANTA FE RAILWAY CO., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before me on Plaintiff T.B.C.'s motion to remand. I will deny the motion for the reasons stated in my Memorandum and Order dated June 13, 2006, and my Memorandum dated June 15, 2006.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff T.B.C.'s motion to remand [#11] is **DENIED**.

Dated this 10th day of August, 2006.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE