UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BILLIE GILLENWATER, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:05CV2011 RWS |
| ) | |
| BURLINGTON NORTHERN and ) | |
| SANTA FE RAILWAY CO., et al., ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

Because defendants' motion for reconsideration presents no legal or factual arguments that persuade me my decision to remand this consolidated case back to state court was in error,

**IT IS HEREBY ORDERED** that defendants' motion for reconsideration [#57] is denied.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 18th day of April, 2007.